# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Dean H. Lowe, | Civil No. 07-3513 (RHK/JSM) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS U.S. FOODSERVICE, INC. AND U.S. FOODSERVICE, INC. HEALTH & WELFARE PLAN** |
| Continental Casualty Company, U.S. Foodservice, Inc. and U.S. Foodservice, Inc. Health & Welfare Plan, | |
| Defendants. | |

Based upon the parties' Stipulation For Dismissal Without Prejudice of Defendants U.S. Foodservice, Inc. and U.S. Foodservice, Inc. Health & Welfare Plan (Doc. No. 7), **IT IS ORDERED** that Plaintiff's claims against Defendants U.S. Foodservice, Inc. and U.S. Foodservice, Inc. Health & Welfare Plan is **DISMISSED WITHOUT PREJUDICE**.

Dated: November 15, 2007

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge